UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LOUISIANA DELTA SERVICE CORPS (operating as Serve Louisiana),
Plaintiff,

v.

CORPORATION FOR NATIONAL AND COMMUNITY SERVICE (d/b/a AmeriCorps Agency),
UNITED STATES DEPARTMENT OF GOVERNMENT EFFICIENCY (DOGE),
OFFICE OF MANAGEMENT AND BUDGET,
Defendants.

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

### NATURE OF ACTION

1. This action arises under the Administrative Procedure Act (APA), 5 U.S.C. §§ 701–706; the National and Community Service Act (NCSA), 42 U.S.C. §§ 12501 et seq.; the U.S. Constitution (Appropriations Clause and Fifth Amendment Due Process Clause); and applicable federal regulations (Uniform Guidance, 2 C.F.R. Part 200; AmeriCorps ASN regulations, 45 C.F.R. Part 2540). Plaintiff challenges Defendants' abrupt rescission of awarded AmeriCorps grants—orders issued by OMB, implemented by DOGE, and executed by the AmeriCorps Agency—without statutory or constitutional authority.

### JURISDICTION AND VENUE

2. This Court has subject-matter jurisdiction under 28 U.S.C. § 1331 (federal question), 5 U.S.C. § 702 (APA), 28 U.S.C. § 1361 (mandamus), and 28 U.S.C. § 2201 (Declaratory Judgment Act). Venue is proper under 28 U.S.C. § 1391(e) because Plaintiff resides in this District and a substantial part of the events occurred here.

1

## PARTIES

3. Plaintiff Louisiana Delta Service Corps (operating at Serve Louisiana) is a nonprofit organization and the state service commission under Louisiana law, responsible for administering AmeriCorps State and National grant programs in Louisiana.

4. Defendant Corporation for National and Community Service (AmeriCorps Agency) is an independent federal agency authorized by Congress to award and oversee AmeriCorps grants.

5. Defendant, the United States Department of Government Efficiency (DOGE), is an executive branch department established by presidential directive to improve government efficiency; on April 25, 2025, DOGE directed the cancellation of AmeriCorps grants without notice or process.

6. Defendant Office of Management and Budget (OMB) is part of the Executive Office of the President, responsible for budget and appropriations directives; on April 24, 2025, OMB issued a memorandum rescinding funding for AmeriCorps awards, precipitating DOGE's and AmeriCorps Agency's actions.

## FACTUAL BACKGROUND

7. On April 25, 2025, AmeriCorps sent a Termination Notice to Volunteer Louisiana, which administers grants to Serve Louisiana. The notice cited 2 C.F.R. § 200.340(a)(4) because the grant "no longer effectuates agency priorities." It directed the immediate cessation of all award activities and declared the decision final and non-appealable (Exhibit A).

8. On April 30, 2025, Serve Louisiana's Executive Director, Lisa Moore, filed an Affidavit detailing that for fiscal year 2024, Serve Louisiana was awarded $701,000 in AmeriCorps funds under the National and Community Service Act. Serve Louisiana currently employs 37 AmeriCorps members who serve in 18 nonprofit and grassroots organizations throughout

Baton Rouge and New Orleans. If this termination is allowed to take effect, all 37 members will be exited with three months left in their 11-month term, losing stipends, health insurance, and education awards; 18 partner organizations will lose valuable service support; and Serve Louisiana itself will lose two full-time staff positions (Exhibit B).

9. Under 42 U.S.C. § 12636(a), AmeriCorps may terminate a grant only "for material failure to comply" and only after providing written notice and a hearing opportunity. Serve Louisiana received neither.

10. AmeriCorps's regulations (45 C.F.R. § 2540.400(b)) require "reasonable notice and opportunity for a hearing" before termination. None was provided.

11. Uniform Guidance, 2 C.F.R. § 200.340(a)(4), authorizes termination for changed priorities only if that condition was "specified in the terms and conditions of the Federal award" and "authorized by law." Serve Louisiana's award terms contain no such provision, and the National and Community Service Act does not authorize convenience terminations.

12. The Office of Management and Budget issued a rescission memorandum on April 24, 2025, directing the cancellation of AmeriCorps grant appropriations. That action usurps Congress's exclusive power under the Appropriations Clause, U.S. Const. art. I, § 9, cl. 7.

13. Serve Louisiana possesses a property interest in mid-term grant funds. The Fifth Amendment prohibits deprivation of property without due process; Serve Louisiana was afforded no process whatsoever.

## CLAIMS FOR RELIEF

14. **Count I: Violation of APA – Arbitrary and Capricious, 5 U.S.C. § 706(2)(A)**

"the reviewing court shall … hold unlawful and set aside agency action, findings, and conclusions found to be—(A) arbitrary, capricious, an abuse of discretion, or otherwise not by law." Defendants' sudden, unexplained rescission of a compliant grant is arbitrary, capricious, and an abuse of discretion.

15. **Count II: Violation of APA – Exceeding Authority, 5 U.S.C. § 706(2)(C)**

"the reviewing court shall … hold unlawful and set aside agency action, findings, and conclusions found to be—(C) over statutory jurisdiction, authority, or limitations, or short of statutory right." Defendants acted beyond the authority granted by the National and Community Service Act and the Serve America Act.

16. **Count III: Violation of APA – Procedural Violations, 5 U.S.C. §706(2)(D)**

"To the extent necessary to decision and when presented, the reviewing court shall decide all relevant questions of law, interpret constitutional and statutory provisions, and determine the meaning or applicability of the terms of an agency action. The reviewing court shall— (2)hold unlawful and set aside agency action, findings, and conclusions found…

(D)without observance of procedure required by law;

Defendants followed no legal procedure in terminating the contract.

17. **Count IV: NCSA Due Process Violation, 45 C.F.R. §2540.400(b)(1)**

"The Corporation may terminate or revoke assistance for failure to comply with applicable terms and conditions of this chapter. However, the Corporation must provide the recipient reasonable notice and opportunity for a full and fair hearing, subject to the following conditions:

(1) The Corporation will notify a recipient of assistance by letter or telegram that the Corporation intends to terminate or revoke assistance, either in whole or in part, unless the recipient shows good cause why such assistance should not be terminated or revoked. In this communication, the grounds and the effective date for the proposed termination or revocation will be described. The recipient will be given at least 7 calendar days to submit written material in opposition to the proposed action."

Defendants violated statutory due process by terminating a grant without notice or a hearing.

4

18. **Count V: Uniform Guidance Violation, 2 C.F.R. §§ 200.342.**

"The Federal agency must maintain written procedures for processing objections, hearings, and appeals. Upon initiating a remedy for noncompliance (for example, disallowed costs, a corrective action plan, or termination), the Federal agency must provide the recipient with an opportunity to object and provide information challenging the action. The Federal agency or pass-through entity must comply with any requirements for hearings, appeals, or other administrative proceedings to which the recipient or subrecipient is entitled under any statute or regulation applicable to the action involved."

Defendants disregarded the requirement to specify all termination provisions in the terms and conditions and bypassed the appeal process.

19. **Count VI: AmeriCorps ASN suspension and termination regs, 45 C.F.R. § 2540.230(a); 45 C.F.R. § 2540.400(b)**

45 C.F.R. § 2540.230(a) :"The aggrieved party may seek resolution through alternative means of dispute resolution such as mediation or facilitation. Dispute resolution proceedings must be initiated within 45 calendar days from the date of the alleged occurrence. At the initial session of the dispute resolution proceedings, the party must be advised in writing of his or her right to file a grievance and right to arbitration. If the matter is resolved, and a written agreement is reached, the party will agree to forego filing a grievance in the matter under consideration."

Defendants disregarded the right to dispute resolution.

45 C.F.R. § 2540.400(b)

"The Corporation may terminate or revoke assistance for failure to comply with applicable terms and conditions of this chapter. However, the Corporation must provide the recipient reasonable notice and opportunity for a full and fair hearing…"

Defendants failed to provide reasonable notice and an opportunity for a hearing before termination.

20. **Count VII: Separation of Powers/Appropriations Clause U.S. Const. art. I, § 9, cl. 7.**

"No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law."

Defendants' rescission of appropriated funds usurps Congress's exclusive power over the purse.

5

21. **Count VIII: Fifth Amendment Due Process Violation.**

"No person shall … be deprived of life, liberty, or property, without due process of law."

Serve Louisiana's property interests in ongoing grant payments were deprived without due process.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff respectfully requests that this Court:

A. Declare that Defendants' termination of Serve Louisiana's AmeriCorps grant is arbitrary, capricious, beyond statutory authority, procedurally defective, and unconstitutional;
B. Issue a preliminary and, upon final hearing, a permanent injunction enjoining enforcement of the April 25, 2025, termination and directing continuation of funding and program activities;
C. Award Plaintiff its costs and reasonable attorneys' fees under the Equal Access to Justice Act; and
D. Grant such other relief as the Court deems proper.

Respectfully submitted,

/s/ Donald C. Hodge, Jr.
Donald C. Hodge, Jr. (LSB #29251)
Box 481
Westminster, Colorado 80036
Voice: 225-800-7124
Fax: 888-297-2959
Email: attorneydonaldhodge@gmail.com

## **EXHIBITS**

Exhibit A: Termination Notice Email from AmeriCorpsAwardAction@americorps.gov (April 25, 2025)
Exhibit B: Affidavit of Lisa Moore, Executive Director of Louisiana Delta Service Corps (May 2025)