# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY:**
**MAY 22, 2025**
**DISTRICT JUDGE JOHN W. deGRAVELLES**

LOUISIANA DELTA SERVICE CORPS
*OPERATING AS SERVE LOUISIANA*

CIVIL ACTION

VERSUS

NO. 25-0378-JWD-RLB

OFFICE OF MANAGEMENT AND
BUDGET, ET AL.

---

## MINUTE ENTRY OF STATUS CONFERENCE

This matter came on this day for a status conference by zoom.

PRESENT:  Donald Carl Hodge, Jr.
**Counsel for Plaintiff**

Justin Jack
**Counsel for Defendants**

The Court issued the following deadlines regarding the *Motion for Preliminary Injunction* filed by Louisiana Delta Service Corps (Doc. 8):

1. A hearing on Motion for Preliminary Injunction filed by Louisiana Delta Service Corps (oc. 8) is set for hearing on **Wednesday, June 18, 2025, at 9:30 am in Courtroom One**. A response by the Defendants shall be filed no later than **Monday, June 2, 2025**, and any replies shall be filed no later than **Monday, June 9, 2025**.

    a. Neither side anticipate putting on any additional evidence other than the evidence that is already in the record nor is additional discovery needed.

2.   If Defendants wish to file a motion to dismiss, the motion to dismiss shall filed no later than **Monday, June 2, 2025**, with a response by the Plaintiff no later than **Monday, June 9, 2025**, and a deadline of **Friday, June 13, 2025,** to file any replies.

Counsel for Defendants stated on the record that he cannot agree to delay the effectiveness of the orders issued by Office of Management and Budget and others to provide time to brief the issue more fully.

**Within seven days of the date of this Order**, counsel for Defendants shall file into the record either a pocket brief or a Notice responding to the Court's question: "Is that an automatic termination of the grant due to the government's failure to renew, or, alternatively, would any injunctive relief we grant extend into the next fiscal year?"

Mr. Hodge was questioned about responding to the Court's orders late (Docs. 19 & 20). Also, the Court addressed the concern of Magistrate Judge Bourgeois regarding Plaintiff's disregard of his contact by the Clerk's Office regarding submission of a civil cover sheet. Mr. Hodge responded that he was unavailable because he was mountain climbing and responded as soon as he returned to his computer. The Court responded that the deadlines in this Court are taken seriously and expects him to comply as ordered.

Signed in Baton Rouge, Louisiana, on <u>May 22, 2025</u>.

Cv36; T: 0:15

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**