UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA DELTA SERVICE CORPS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-378-JWD-RLB** |
| **CORPORATION OF NATIONAL AND COMMUNITY SERVICE, ET AL.** | |

**THE UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO STAY CASE DURING LAPSE OF APPROPRIATIONS**

The United States moves to stay the above-captioned case during the lapse of government appropriations, which began at midnight on Wednesday, October 1, 2025. In support of this motion, the Government represents:

1. At the end of the day on Tuesday, September 30, 2025, the continuing resolution that had been funding the U.S. Department of Justice (DOJ) expired, and appropriations to DOJ lapsed. Appropriations also lapsed for most other Executive agencies, including the federal defendants. At this time, DOJ does not know when Congress will restore such funding.

2. Absent an appropriation, DOJ attorneys and employees of the federal defendants are prohibited from working, even on a voluntary basis, except in limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Because that exception appears to be inapplicable to this matter, the United States requests a stay of this case until Congress has restored appropriations to DOJ.

4. If this motion for a stay is granted, the United States will notify the Court within one (1) business day after Congress has appropriated funds for DOJ. The Government also

requests leave, if necessary, to file a motion to reset any affected case deadlines upon a showing of good cause.

5.    Counsel for the plaintiff has represented that the plaintiff does not oppose the filing and granting of this motion.

6.    The United States therefore requests that the Court grant this motion and stay these proceedings during the lapse in government appropriations.

October 1, 2025

UNITED STATES OF AMERICA, by

ELLISON C. TRAVIS
ACTING UNITED STATES ATTORNEY

/s/ Justin A. Jack
Justin A. Jack, LBN 36508
Davis Rhorer Jr., LBN 37519
Assistant United States Attorneys
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
E-mail: justin.jack@usdoj.gov
E-mail: davis.rhorer@usdoj.gov

## LOCAL CIVIL RULE 7(e) CERTIFICATE

In accordance with Local Civil Rule 7(e), I certify that I conferred with counsel for the plaintiff by email on October 1, 2025, and that opposing counsel has represented that the plaintiff does not oppose the filing and granting of this motion.

/s/ Justin A. Jack
Justin A. Jack, LBN 36508
Assistant United States Attorney